■ HAROLD M. ALVER et al., Doing Business under the Name of "PREMIER POPCORN COMPANY", Appellants, v. FARMER BOY CORN & EQUIPMENT CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The measure of damages under the complaint or counterclaim is not a question before us on an appeal from an order denying a motion to dismiss the counterclaim and for summary judgment. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ RUTH SNELL et al., Respondents, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ LESTER ERWIN, Respondent, v. HERBERT GLASSBERG et al., Appellants. HERBERT GLASSBERG, Appellant, v. CONSOLIDATED EDISON CO. OF NEW YORK et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ ANNE V. DE SAIRIGNE, Respondent, v. FRANK J. GOULD, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. In disposing of this appeal we have not considered the question of what effect, if any, the French law would have upon the transaction involved. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See *post*, p. 885.]

■ In the Matter of GUSTAVE B. GARFIELD, on Behalf of Himself and All Members and Policyholders of Equitable Life Assurance Society of the United States, Similarly Situated, Appellant, against LEFFERT HOLZ, as Superintendent of Insurance, et al., Respondents, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Intervenor-Respondent.— The order of Special Term should be affirmed. It may not be said that the refusal of the Superintendent of Insurance and the Attorney-General, was without reasonable basis. We do not pass upon any of the other questions ruled upon by Special Term, including the question as to whether this policyholder has the right to institute suit. Order unanimously affirmed, with $20 costs and disbursements to the respondents. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ IRMA CRISCILLO, Individually and as Sole Residuary Legatee under the Will of SERAFINO CRISCILLO, Deceased, Appellant-Respondent, v. NINO A. PUCILLO, Respondent-Appellant.— Order and judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.